IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION, <br><br> Defendant. | Civ. No. 16-00008 JMS-KSC <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, ECF NO. 52 |

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S<br>FINDINGS AND RECOMMENDATION, ECF NO. 52</u>**

Findings and Recommendation having been filed and served on all parties on January 31, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART

///

///

///

///

///

PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS," ECF No. 52,

are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 16, 2017.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Civil Beat Law Ctr. for the Pub. Interest, Inc. v. Ctrs. for Disease Control and Prevention*, Civ. No. 16-00008 JMS-KSC, Order Adopting Magistrate Judge's Findings and Recommendation, ECF No. 52